**In re: Michael Eugene**
**HUNT, Petitioner.**

**No. 11–1624.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 17, 2011.

Decided: Sept. 1, 2011.

Michael Eugene Hunt, Petitioner Pro Se.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Eugene Hunt petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 42 U.S.C. § 1983 (2006) civil rights complaint. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*